# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 14. Motion for Extension of Time

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form14instructions.pdf

**9th Cir. Case Number(s):** 23-4363

**Case Name:** SUNIL KUMAR Ph. D. v. JOLENE KOESTER

**Requesting Party Name(s):** Appellees Jolene Koester

**I am:**
○ The party requesting the extension.
◉ Counsel for the party or parties requesting the extension.

**I request an extension of time to file a:**

☒ Brief (*you **must** also complete the Declaration on page 3*)
☐ Motion to proceed in forma pauperis
☐ Motion for a certificate of appealability
☐ Response/opposition to a pending motion
☐ Reply to a response/opposition to a pending motion
☐ Certified Administrative Record
☐ Response to court order dated _____
☐ Other (*you **must** describe the document*)

**The requested new due date is:** 07/01/2024

**I request the extension of time because (cannot be left blank):**
*(attach additional pages if necessary)*

See Attachment.

**Signature** /s/ [signature]     **Date** 05/06/2024

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 14**                                   1                              *New 12/01/2018*

**Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
*Complete this section if you are requesting an extension of time to file a brief.*

1. I request an extension of time to file the [Appellees'] brief.

    *(Examples: opening, answering, reply, first cross-appeal)*

2. The brief's current due date is: 05/15/2024

3. The brief's first due date was: 04/08/2024

4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

    See attached Form 14.

5. The position of the other party/parties regarding this request is:

    ☒ Unopposed.

    ☐ Opposed by *(name of party/parties opposing this motion)*:

    ☐ Unknown. I am unable to verify the position of the other party/parties because:

6. ☒ The court reporter is not in default with regard to any designated transcripts.

    If the court reporter is in default, please explain:

7. ☒ I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature** [/s/ signature]  **Date** 05/06/2024

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 14**  3  New 12/01/2018

### ADDITIONAL PAGE TO FORM 14
EXTENSION OF TIME TO FILE RESPONSE/OPPOSITION TO A PENDING MOTION

The deadline to file the Respondent's Brief in this action is May 15, and will not provide me (lead counsel) with sufficient time to fully brief the issues.

For roughly two weeks beginning on May 13, I will have family medical obligations that will limit my time in the office. Additionally, my calendar in recent weeks and in the month ahead includes five other appellate briefs (including a supplemental brief that was not anticipated), as well as dispositive trial court motion practice.

- April 19, 2024. Court-ordered supplemental brief filed in *Cox v. Renfree*, 4th DCA, Div. One, Case No. D081808.

- April 29, 2024. Reply in support of summary judgment in *Goetz v. Qualcomm*, S.D. Superior Court Case No. 37-2020-00046995.

- May 3, 2024. Hearing on motion for summary judgment in *Goetz v. Qualcomm*, S.D. Superior Court Case No. 37-2020-00046995.

- May 20, 2024. Deadline to file reply brief in *Greer v. County of San Diego*, Ninth Circuit Case No. 23-55607.

- May 28, 2024. Deadline to file reply brief in *Myles v. County of San Diego*, Ninth Circuit Case No. 23-55487.

- May 30, 2024. Deadline to file reply brief in *McDowell v. San Diego Housing Commission*, 4th DCA, Div. One, Case No. D081773.

- May 31, 2024. Deadline to file reply brief in *Myles II v. County of San Diego*, Ninth Circuit Case No. 23-3198.

In light of these recent and upcoming commitments, as well as the importance and complexity of the issues raised in this appeal—which resulted in a 56-page AOB, an 841-page ER, and an amicus brief by a leading church/state organization—I will need an extension of 47 days in order to fully brief the issues for the Court.

Counsel for Appellants has advised that they will not oppose this motion for an extension of time.