UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 23-4363

**Case Name** KUMAR et al v. KOESTER

**Hearing Location** (*city*) Pasadena

**Your Name** Michael K. Twersky

List the sitting dates for the two sitting months you were asked to review:

December 2-6, 2024;  January 13-17, 2025

Do you have an unresolvable conflict on any of the above dates? ● Yes  ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Plaintiffs' lead counsel is unavailable on December 2-6, 2024 due to a personal/family conflict.  Plaintiffs' counsel has met and conferred with Defendant's counsel and both are available on the January 2025 sitting dates in Pasadena (January 13-17, 2025).

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes  ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** /s/ Michael K. Twersky        **Date** August 12, 2024

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 32**                                                                 *New 12/01/2018*