| | | |
|---|---|---|
| | UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>AUG 21 2024<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |
| SUNIL KUMAR Ph. D. and PRAVEEN SINHA Ph. D.,<br><br>    Plaintiffs - Appellants,<br><br> v.<br><br>JOLENE KOESTER, in her official capacity as Chancellor of California State University; et al.,<br><br>    Defendants - Appellees. | No. 23-4363<br><br>D.C. No. 2:22-cv-07550-RGK-MAA<br>Central District of California, Los Angeles<br><br>ORDER | |

The reply brief submitted by Appellant Sunil Kumar is filed.

Within 7 days of this order, Appellant Sunil Kumar must file 6 copies of the brief in paper format bound with gray front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies must be sent to the Clerk's principal office. The delivery and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT