# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** | 23-4363

**Case Name** | Kumar et al. v. Koester

**Hearing Location** (*city*) | Pasadena

**Your Name** | Michael K. Twersky

List the sitting dates for the two sitting months you were asked to review:

January 13-17, 2025; February 3-7, 2025

Do you have an unresolvable conflict on any of the above dates? ◯ Yes ⦿ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

◯ Yes ⦿ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** | /s/ Michael K. Twersky     **Date** | 9/9/2024

(use "s/[typed name]" *to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 32** *New 12/01/2018*