UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form32instructions.pdf*

**9th Cir. Case Number(s)** 23-4363

**Case Name** Kumar, et al. v. Koester, et al.

**Hearing Location** (*city*) Pasadena

**Your Name** Jeffrey P. Michalowski

List the sitting dates for the two sitting months you were asked to review:

01/13/2025-01/17/2025; 02/03/2025-02/07/2025; 02/10/2025-02/14/2025

Do you have an unresolvable conflict on any of the above dates? ◯ Yes ⬤ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

⬤ Yes ◯ No

If yes, list the number, name, and hearing city of each of the other case(s):

23-55487, Mickail Myles v. County of San Diego, et al, Pasadena
23-3198, Myles v. County of San Diego, et al., Pasadena

**Signature** s/ Jeffrey P. Michalowski **Date** 09/10/2024

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32** *New 12/01/2018*